In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-462 CV


____________________



IN RE A.W. SCHLESINGER GERIATRIC CENTER






Original Proceeding






MEMORANDUM OPINION (1)


 On October 2, 2003, A.W. Schlesinger Geriatric Center filed a petition for writ of
mandamus. The parties subsequently settled the underlying litigation. On March 24,
2004, the relator filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED. 


 PER CURIAM


Opinion Delivered April 1, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.